### UNDERHILL *v.* HERNDON.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF ILLINOIS.

No. 197.   Argued April 25, 1870. — Decided April 30, 1870.

*Little* v. *Herndon*, 10 Wall. 26, followed.

THE case is stated in the opinion.

MR. JUSTICE NELSON delivered the opinion of the court

This is a writ of error to the Circuit Court of the United States for the Northern District of Illinois.

This is a suit in ejectment against Underhill, in the court below,

to recover possession of the southwest quarter of the northeast quarter, and the south half of the northwest quarter, section 26, township 27 north, range 13 west.

The opinion in the case of *Little* v. *Herndon* disposes of all the questions raised and decided in this case in the court below.

*Judgment affirmed.*

*Mr. B. C. Cook* for plaintiff in error.

*Mr. Conway Robinson* for defendant in error.

ERROR TO THE CIRCUIT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF ILLINOIS.

THE case is stated in the opinion.